NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TQ DELTA, LLC,**
*Appellant*

**v.**

**DISH NETWORK LLC,**
*Appellee*

_____

2018-1798

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01469.

-------------------------------------------------------------------------------

**TQ DELTA, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

_____

2018-1800

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01760.

———————————————

**JUDGMENT**

———————————————

DAVID Z. PETTY, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by PETER J. MCANDREWS, RAJENDRA A. CHIPLUNKAR.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for appellee DISH Network LLC. Also represented by JENNIFER VOLK, Reston, VA; STEPHEN R. SMITH, Washington, DC.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for appellee Cisco Systems, Inc. Also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court